IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BEAR LUMBER COMPANY,          )
INC., et al.,                 )
                              )
    Plaintiffs,              )
                              )       CIVIL ACTION NO.
    v.                       )         2:08cv841-MHT
                              )            (WO)
KIMBERLY S. HEADLEY,          )
et al.,                       )
                              )
    Defendants.              )

ORDER

Based upon the representations made on-the-record on November 10, 2008, and by agreement of the parties, it is ORDERED that the case of <u>Thomas v. A Plus Mortgage Corporation</u> is remanded to the Circuit Court of Montgomery County, Alabama. The clerk of the court is to take approtriate steps to effect the remand.

It is further ORDERED as follows:

(1) The motion to vacate (Doc. No. 10) is granted.

(2) The submission order on the summary-judgment motion (Doc. No. 7) is vacated.

(3) The motion for summary judgment (Doc. No. 2-10), which is pending in the remanded Thomas case only, is left for disposition by the state court. Said motion is terminated in this court.

(4) Because defendant Neal Zeanah was a party in only the Thomas case, said defendant is terminated in this court.

DONE, this the 12th day of November, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE